Mark B. Mizrahi (SBN 179,384)
mmizrahi@brookskushman.com
BROOKS KUSHMAN P.C.
6701 Center Drive, Suite 610
Los Angeles, CA 90045
Tel.: (310) 348-8200
Fax: (310) 846-4799

Mark A. Cantor
mcantor@brookskushman.com
John S. Le Roy
jleroy@brookskushman.com
Marc Lorelli
mlorelli@brookskushman.com
1000 Town Center, Twenty-Second Floor
Southfield, MI 48075
Tel.: (248) 358-4400
Fax: (248) 358-3351

*Attorneys for Plaintiff*
*Ancora Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No. 2:10-cv-10045-AG-MLG <br><br> **PLAINTIFF/COUNTERDEFENDANT ANCORA TECHNOLOGIES, INC.'S ANSWER TO DEFENDANT/ COUNTERCLAIMANT APPLE, INC.'S COUNTERCLAIMS** |
| APPLE, INC., <br><br> Counterclaimant, <br><br> v. <br><br> ANCORA TECHNOLOGIES, INC., <br><br> Counterdefendant. | **DEMAND FOR JURY TRIAL** |

## COUNTERCLAIMS

Plaintiff/Counterdefendant Ancora Technologies, Inc. ("Ancora") hereby answers the counterclaims of Defendant Plaintiff Apple Inc. ("Apple") against Plaintiff and Counterclaim Defendant Ancora Technologies, Inc. ("Ancora'):

## THE PARTIES

1. Apple is a California Corporation with its principal place of business at 1 Infinite Loop, Cupertino, CA 95014.

**ANSWER:** Admitted.

2. On information and belief, Counterclaim Defendant Ancora is a Delaware corporation with its principal place of business at 14155 Magnolia, Sherman Oaks, California 91423.

**ANSWER:** Admitted.

## JURISDICTION AND VENUE

3. These counterclaims arise under federal statutory law, including 35 U.S.C. § 271 *et seq*. and 28 U.S.C. § 2201. Accordingly, this Court has subject matter jurisdiction over these counterclaims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

**ANSWER:** The allegations of this paragraph are directed to jurisdiction, which is not contested.

4. Upon information and belief, venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b)-(c). To the extent that venue is found to be proper under 28 U.S.C. § 1400 for any of the claims in the Complaint, venue is also appropriate under 28 U.S.C. § 1400 for these Counterclaims. Venue and jurisdiction are proper within this District because, inter alia, Plaintiff and Counterclaim Defendant has sought the benefit of this forum for this litigation.

**ANSWER:** The allegations of this paragraph are directed to venue and jurisdiction, which is not contested.

## ALLEGATIONS

5. In its Complaint, Ancora alleges to own and have the right to enforce U.S. Patent No. 6,411,941 ("the '941, patent").

**ANSWER:** Admitted.

6. Ancora filed a Complaint in this Court alleging that Apple has infringed the '941 patent.

**ANSWER:** Admitted.

7. Apple denies that it infringes or has infringed any valid and enforceable claim of the '941 patent. Apple further asserts that the claims of the '941 patent are invalid and/or unenforceable.

**ANSWER:** Ancora is without sufficient facts to form a belief as to the basis for this allegation, and therefore denies the same.

8.  Based on the foregoing, there is an actual, immediate, and justiciable controversy between Ancora and Apple regarding the validity, enforceability, and infringement of the '941 patent.

**ANSWER:**   Admitted.

# FIRST COUNTERCLAIM

(Declaratory Judgment of Non-Infringement of the '941 Patent)

Apple repeats and realleges paragraphs 1-8 of these Counterclaims as if fully set forth herein.

**ANSWER:**   Ancora realleges and incorporates by reference its responses to paragraphs 1 through 8 as though fully set forth herein.

10.  Apple does not and has not infringed any valid and enforceable claim of the '941 patent, whether directly or indirectly, by inducement or contributory infringement, literally or under the doctrine of equivalents.

**ANSWER:**   Denied.

11.  Ancora is precluded under the doctrine of prosecution history estoppel from asserting or construing the claims of the '941 patent in a way that would cover or read upon any product or service made, used, sold, or offered for sale by Apple.

**ANSWER:**   Denied.

## SECOND COUNTERCLAIM

(Declaratory Judgment of Invalidity of the '941 Patent)

12. Apple repeats and realleges paragraphs 1-11 of these Counterclaims as if fully set forth herein.

**ANSWER:** Ancora realleges and incorporates by reference its responses to paragraphs 1 through 11 as though fully set forth herein.

13. One or more claims of the '941 patent is invalid for failure to comply with one or more requirements for patentability under the patent laws, including, but not limited to 35 U.S.C. §§ 101,102, 103 and/or 112.

**ANSWER:** Denied.

Dated:  March 28, 2011                      Respectfully submitted,

By: /s/ Mark B. Mizrahi
Mark B. Mizrahi (SBN 179,384)
mmizrahi@brookskushman.com
**BROOKS KUSHMAN P.C.**
6701 Center Drive, Suite 610
Los Angeles, CA 90045
Tel.: (310) 348-8200
Fax: (310) 846-4799

*Attorneys for Plaintiff
Ancora Technologies, Inc.*____