**EXHIBIT A**

**EXHIBIT A**
Ancora Technologies, Inc. v. Apple Inc.
Case No. 2:10-cv-10045-AG-MLGx
Joint Claim Construction Chart

## AGREED TERM

| Claim Term/Phrase | Agreed Construction |
|---|---|
| **"verification structure accommodating data that includes at least one license record"**<br><br>Claim 1 | data structure for verifying whether a program is licensed that includes at least one license record |

## DISPUTED TERMS

| Claim Term/Phrase | Apple's Proposed Construction | Ancora's Proposed Construction |
|---|---|---|
| **"BIOS"**<br><br>Claim 1[1] | software routines on IBM PC compatible computers that handle startup operations and support the transfer of data among peripheral devices<br><br>Intrinsic Evidence<br><br>'941 Patent Specification at 1:44-2:59, 3:4-17, 4:51, 53, 55-56, 62, 5:62-63.<br><br>Amendment dated May 21, 2001 in the file history of U.S. Application No. 09/164,777.<br><br>Amendment dated November 14, 2001 in the file | Computer code stored in non-volatile memory of a computer that is used to configure the computer and verify that program(s) to be run on the computer are licensed.<br><br>Intrinsic Evidence<br><br>*See, e.g.* The '941 Patent - Figure 1; Col. 1, Lines 27-32; Col. 1, Line 44 to Col. 2, Line 59; Col. 3, Lines 4-17; Col. 4, Lines 49-61; Col. 5, Lines 9-34; Col 5, Lines 59-65; Col. 6, Lines 40-52.<br><br>*See, e.g.*, The '941 File History - 5/21/2001 |

---

[1] These constructions and supporting evidence also apply to all claims dependent on the listed claim(s).

**EXHIBIT A**
Ancora Technologies, Inc. v. Apple Inc.
Case No. 2:10-cv-10045-AG-MLGx
Joint Claim Construction Chart

| Claim Term/Phrase | Apple's Proposed Construction | Ancora's Proposed Construction |
|---|---|---|
| | history of U.S. Application No. 09/164,777.[2] | Amendment. |
| | Amendment dated Dec. 6, 2001 in the file history of U.S. Application No. 09/164,777 | *See, e.g.*, The '941 File History - 2/5/2002 Amendment. |
| | Amendment dated Feb. 5, 2002, submitted in the file history of U.S. Application No. 09/164,777. | *See, e.g.*, The '941 File History - 2/20/2002 Notice of Allowance. |
| | Notice of Allowability dated Mar. 28, 2002 in the file history of U.S. Application No. 09/164,777. | *See, e.g.*, The '941 3/9/2010 Re-examination Notice. |
| | Notice of Intent to Issue *Ex Parte* Reexamination certificate, dated Mar. 9, 2010, submitted in the reexamination file of U.S. Application No. 90/010,560. | Extrinsic Evidence<br><br>*See, e.g.* U.S. Patent Publication No. 2011/0090380 – Figs. 1, 3, 5-6; ¶ 60, 79, 80, 96 |
| | Extrinsic Evidence<br><br>"A set of *programs* encoded in *read-only memory (ROM)* on IBM PC-compatible computers.  These *programs* handle startup operations such as the *power-on self-test (POST)* and low-level control for hardware, such as *disk drives, keyboards,* and *monitor*.  The BIOS programs of IBM personal computers are copyrighted, so manufacturers of IBM PC-compatible computers must create BIOSs that emulate the IBM BIOS or buy an emulation from companies, such as Phoenix Technologies and American Megatrends, Inc.  Some system components have a separate BIOS.  The BIOS on a *hard disk controller*, for example, stores a table of | *See, e.g.* U.S. Patent 7,979,728 – Figs. 1 & 3; Col. 2, Lines 38-44; Col. 2, Lines 11-31; Col. 3 Lines 55-65; Col. 4, Lines 6-34;<br><br>*See* Note 2.[ii] |

---

[2] References to the Amendment received on Nov. 14, 2001 incorporate each of the Amendments received Dec. 3, 2001 and Dec. 6, 2001.

**EXHIBIT A**
**Ancora Technologies, Inc. v. Apple Inc.**
**Case No. 2:10-cv-10045-AG-MLGx**
**Joint Claim Construction Chart**

| Claim Term/Phrase | Apple's Proposed Construction | Ancora's Proposed Construction |
|---|---|---|
| | *tracks* and *sectors* on the drive." Que's Computer & Internet Dictionary 47 (6th ed. 1995) (emphasis in original). "BIOS (Basic Input Output System) a set of procedures stored on a ROM chip inside PC compatible computers. These routines handle all input-output functions, including screen graphics, so that programs do not have to manipulate the hardware directly. This is important because … if the hardware is changed (for example, by installing a newer kind of video adapter) the BIOS can be changed to match it, and there is no need to change the application programs.  The BIOS is not re-entrant and is therefore not easily usable by multitasking programs. Windows and OS/2 programs do not call the BIOS; instead, they use procedures provided by the operating system." Dictionary of Computer and Internet Terms (Barron's Business Guides) 47 (5th ed. 1996). "Acronym for basic input/output system.  On PC-compatible computers, the set of essential software routines that test hardware at startup, start the operating system, and support the transfer of data among hardware devices."  Microsoft Computer Dictionary 51 (3rd ed. 1997). "A set of *programs* encoded in *read-only memory (ROM)* on IBM PC-compatible computers.  These programs handle startup operations such as the *power-on self-test (POST)* and low-level control for | |

**EXHIBIT A**
Ancora Technologies, Inc. v. Apple Inc.
Case No. 2:10-cv-10045-AG-MLGx
Joint Claim Construction Chart

| Claim Term/Phrase | Apple's Proposed Construction | Ancora's Proposed Construction |
|---|---|---|
| | hardware, such as *disk drives, keyboards,* and *monitor*.  The BIOS programs of IBM personal computers are copyrighted, so manufacturers of IBM PC-compatible computers must create BIOSs that emulate the IBM BIOS or buy an emulation from companies, such as Phoenix Technologies and American Megatrends, Inc.  Some system components have a separate BIOS.  The BIOS on a *hard disk controller*, for example, stores a table of *tracks* and *sectors* on the drive." <u>Webster's New World Dictionary of Computer Terms</u>, (6th ed. 1997) (emphasis in original).<br><br>Free On-Line Dictionary of Computing http://foldoc.org/BIOS (6-9-1999).<br><br>*See* Note 1.[i] | |
| **"program"**<br><br>Claim 1 | software application that interacts with and relies on the operating system<br><br>Intrinsic Evidence<br><br>'941 Patent Specification at 1:52-57, 2:27-58, 5:25-38, 6:7-10.<br><br>Amendment dated February 5, 2002 in the file history of U.S. Application No. 09/164,777. | A set of instructions that can be executed by a computer.<br><br>Intrinsic Evidence<br><br>*See, e.g.* The '941 Patent – Figure 1; Abstract; Col. 1, Lines 6-8; Col. 1, Lines 11-17; Col. 1, Lines 53 to Col. 2 Line 59; Col. 2, Line 62 to Col. 3, Line 17; Col. 3, Line 51 to Col. 4, Line 44; Col. 5, Line 25 to Col. 5, Line 49; Col. 5, Lines 57-65; Col. 6, Lines |

**EXHIBIT A**
**Ancora Technologies, Inc. v. Apple Inc.**
**Case No. 2:10-cv-10045-AG-MLGx**
**Joint Claim Construction Chart**

| Claim Term/Phrase | Apple's Proposed Construction | Ancora's Proposed Construction |
|---|---|---|
|  | Amendment dated May 21, 2001 in the file history of U.S. Application No. 09/164,777.<br><br>Notice of Allowability dated Mar. 28, 2002 in the file history of U.S. Application No. 09/164,777.<br><br>Notice of Intent to Issue *Ex Parte* Reexamination certificate, dated Mar. 9, 2010, submitted in the reexamination file of U.S. Application No. 90/010,560.<br><br>Extrinsic Evidence<br><br>*See* Note 1. | 7-52.<br><br>*See, e.g.*, The '941 File History - 5/21/2001 Amendment.<br><br>*See, e.g.*, The '941 File History - 2/5/2002 Amendment.<br><br>*See, e.g.*, The '941 File History - 2/20/2002 Notice of Allowance.<br><br>*See, e.g.*, The '941 3/9/2010 Re-examination Notice.<br><br>Extrinsic Evidence<br><br>"**program** *n.* A sequence of instructions that can be executed by a computer." The Microsoft Computer Dictionary (1998), p 281.<br><br>*See* Note 2. |
| **"selecting a program residing in the volatile memory"**<br><br>Claim 1 | This phrase is indefinite under 35 U.S.C. § 112, ¶ 2. | choosing a program that has been loaded into the volatile memory of the computer |

**EXHIBIT A**
**Ancora Technologies, Inc. v. Apple Inc.**
**Case No. 2:10-cv-10045-AG-MLGx**
**Joint Claim Construction Chart**

| Claim Term/Phrase | Apple's Proposed Construction | Ancora's Proposed Construction |
|---|---|---|
| | Intrinsic Evidence<br><br>'941 Patent Specification at 1:29-32, 6:7-17, claim 6.<br><br>Extrinsic Evidence<br><br>*See* Note 1. | Intrinsic Evidence<br><br>*See, e.g.* The '941 Patent – Figure 1; Abstract; Col. 2, Line 62 to Col. 3, Line 3; Col. 3, Line 51 to Col. 4, Line 5; Col. 6, Line 7-17.<br><br>*See, e.g.*, The '941 File History - 5/21/2001 Amendment.<br><br>*See, e.g.*, The '941 File History - 2/5/2002 Amendment.<br><br>*See, e.g.*, The '941 File History - 2/20/2002 Notice of Allowance.<br><br>Extrinsic Evidence<br><br>*See* Note 3.[iii] |
| **"volatile memory"**<br><br>Claim 1 | This term is indefinite under 35 U.S.C. § 112, ¶ 2. | memory that is not maintained when the power is removed |

**EXHIBIT A**
**Ancora Technologies, Inc. v. Apple Inc.**
**Case No. 2:10-cv-10045-AG-MLGx**
**Joint Claim Construction Chart**

| Claim Term/Phrase | Apple's Proposed Construction | Ancora's Proposed Construction |
|---|---|---|
| | Intrinsic Evidence<br><br>'941 Patent Specification at 1:19-21, 3:4-9, 3:24-32, 4:49-54, 5:12-16, claim 18.<br><br>Office Action dated June 22, 2001 in the file history of U.S. Application No. 09/164,777.<br><br>Amendment dated Feb. 5, 2002 in the file history of U.S. Application No. 09/164,777.<br><br>Examiner Summary dated Nov. 9, 2001 in the file history of U.S. Application No. 09/164,777.<br><br>Amendment dated Nov. 14, 2001 in the file history of U.S. Application No. 09/164,777.<br><br>Notice of Allowability dated Mar. 28, 2002 in the file history of U.S. Application No. 09/164,777.<br><br>Notice of Intent to Issue *Ex Parte* Reexamination certificate, dated Mar. 9, 2010 in the reexamination file of U.S. Application No. 90/010,560.<br><br>Extrinsic Evidence<br><br>*See* Note 1. | Intrinsic Evidence<br><br>*See, e.g.* The '941 Patent – Figure 1; Abstract; Col. 1, Line 38 to Col. 2, Line 26; Col. 2, Line 62 to Col. 3, Line 41; Col. 3, Line 62 to Col. 4 Line 62; Col. 5, Lines 9-16; Col. 5, Lines 19-33; Col. 6, Lines 7-52.<br><br>*See, e.g.*, The '941 File History - 5/21/2001 Amendment.<br><br>*See, e.g.*, The '941 File History, 6/21/2001 Office Action.<br><br>*See, e.g.*, The '941 File History - 2/5/2002 Amendment.<br><br>*See, e.g.*, The '941 File History - 2/20/2002 Notice of Allowance.<br><br>*See, e.g.*, The '941 3/9/2010 Re-examination Notice.<br><br>Extrinsic Evidence<br><br>"**volatile memory** *n.* Memory, such as RAM, that loses its data when the power is shut off. *Compare* nonvolatile memory." The Microsoft Computer Dictionary (1998), p 372.<br><br>"A memory device is said to be volatile if its contents are lost when the power is switched off and non-volatile if it retains its contents." |

**EXHIBIT A**
**Ancora Technologies, Inc. v. Apple Inc.**
**Case No. 2:10-cv-10045-AG-MLGx**
**Joint Claim Construction Chart**

| Claim Term/Phrase | Apple's Proposed Construction | Ancora's Proposed Construction |
|---|---|---|
| | | Microelectronics: Structure and Operation of Microprocessor-based Systems (1996), p 30<br><br>*See* Note 3. |
| **"non-volatile memory"**<br><br>Claim 1 | This term is indefinite under 35 U.S.C. § 112, ¶ 2.<br><br>Intrinsic Evidence<br><br>'941 Patent Specification at 1:19-21, 3:4-9, 3:24-32, 4:49-54, 5:12-16, claim 18.<br><br>Office Action dated June 22, 2001 in the file history of U.S. Application No. 09/164,777.<br><br>Amendment dated Feb. 5, 2002 in the file history of U.S. Application No. 09/164,777.<br><br>Examiner Summary dated Nov. 9, 2001 in the file history of U.S. Application No. 09/164,777.<br><br>Amendment dated Nov. 14, 2001 in the file history of U.S. Application No. 09/164,777.<br><br>Notice of Allowability dated Mar. 28, 2002 in the file history of U.S. Application No. 09/164,777.<br><br>Notice of Intent to Issue *Ex Parte* Reexamination certificate, dated Mar. 9, 2010 in the reexamination | memory that is maintained when the power is removed<br><br>Intrinsic Evidence<br><br>*See, e.g.* The '941 Patent – Figure 1; Abstract; Col. 1, Line 38 to Col. 2, Line 26; Col. 2, Line 62 to Col. 3, Line 41; Col. 3, Line 62 to Col. 4 Line 62; Col. 5, Lines 9-16; Col. 5, Lines 19-33; Col. 6, Lines 7-52.<br><br>*See, e.g.,* The '941 File History - 5/21/2001 Amendment.<br><br>*See, e.g.,* The '941 File History - 6/21/2001 Office Action.<br><br>*See, e.g.,* The '941 File History - 2/5/2002 Amendment.<br><br>*See, e.g.,* The '941 File History - 2/20/2002 Notice of Allowance.<br><br>*See, e.g.,* The '941 3/9/2010 Re-examination Notice. |

**EXHIBIT A**
**Ancora Technologies, Inc. v. Apple Inc.**
**Case No. 2:10-cv-10045-AG-MLGx**
**Joint Claim Construction Chart**

| Claim Term/Phrase | Apple's Proposed Construction | Ancora's Proposed Construction |
|---|---|---|
| | file of U.S. Application No. 90/010,560.<br><br>Extrinsic Evidence<br><br>*See* Note 1. | Extrinsic Evidence<br><br>"**nonvolatile memory** *n.* A storage system that does not lose data when power is removed from it. Intended to refer to core memory, ROM, EPROM, flash memory[.]" The Microsoft Computer Dictionary (1998), p 246.<br><br>"A memory device is said to be volatile if its contents are lost when the power is switched off and non-volatile if it retains its contents." Microelectronics: Structure and Operation of Microprocessor-based Systems (1996), p 30<br><br>"**nonvolatile memory**. A memory in which the data content is retained when power is no longer supplied to it." The New IEEE Standard Dictionary of Electrical and Electronics Terms, Fifth Edition (1993), p 860.<br><br>*See* Note 3. |
| **"license record"**<br><br>Claim 1 | record from the licensed program that identifies the licensed program and the number of licensed users<br><br>Intrinsic Evidence<br><br>'941 Patent Specification at 1:55-58, 4:41-44, 5:25- | information for verifying a licensed program<br><br>Intrinsic Evidence<br><br>*See, e.g.* The '941 Patent – Figure 1; Col. 3, Line 51 |

**EXHIBIT A**
**Ancora Technologies, Inc. v. Apple Inc.**
**Case No. 2:10-cv-10045-AG-MLGx**
**Joint Claim Construction Chart**

| Claim Term/Phrase | Apple's Proposed Construction | Ancora's Proposed Construction |
|---|---|---|
| | 38, Fig. 1.<br><br>Amendment dated February 5, 2002 in the file history of U.S. Application No. 09/164,777.<br><br>Amendment dated May 21, 2001 in the file history of U.S. Application No. 09/164,777.<br><br>Notice of Allowability dated Mar. 28, 2002 in the file history of U.S. Application No. 09/164,777.<br><br>Notice of Intent to Issue *Ex Parte* Reexamination certificate, dated Mar. 9, 2010, submitted in the reexamination file of U.S. Application No. 90/010,560.<br><br>Extrinsic Evidence<br><br>*See* Note 1. | to Col. 4, Line 5; Col. 4, Lines 25- 44; Col. 5, Lines 26-33; Col. 5, Lines 44-57; Col. 6, Lines 7-52.<br><br>*See, e.g.,* The '941 File History - 5/21/2001 Amendment.<br><br>*See, e.g.,* The '941 File History - 2/5/2002 Amendment.<br>*See, e.g.,* The '941 File History - 2/20/2002 Notice of Allowance.<br><br>*See, e.g.,* The '941 3/9/2010 Re-examination Notice.<br><br>Extrinsic Evidence<br><br>*See* Note 2. |
| **"verifying the program using at least the verification structure"**<br><br>Claim 1 | confirming whether the program is licensed by comparing the license record extracted from the program to the license record in the verification structure<br><br><br>Intrinsic Evidence<br><br>'941 Patent Specification at 2:10-26, 3:37-41, 5:39- | confirming whether a program is licensed using at least the verification data structure stored in the erasable, non-volatile memory area of the BIOS<br><br><br><br>Intrinsic Evidence<br><br>*See, e.g.* The '941 Patent – Figure 2; Abstract; Col. |

**EXHIBIT A**
**Ancora Technologies, Inc. v. Apple Inc.**
**Case No. 2:10-cv-10045-AG-MLGx**
**Joint Claim Construction Chart**

| Claim Term/Phrase | Apple's Proposed Construction | Ancora's Proposed Construction |
|---|---|---|
| | 41, 6:29-39, Fig. 1.<br><br>Notice of Allowability dated Mar. 28, 2002 in the file history of U.S. Application No. 09/164,777.<br><br>Extrinsic Evidence<br><br>*See* Note 1. | 2, Line 59 to Col. 3, Line 35; Col. 3, Line 33 to Col. 4, Line 5; Col. 4, Lines 25-44; Col. 6, Lines 18-39.<br><br>*See, e.g.,* The '941 File History - 5/21/2001 Amendment.<br><br>*See, e.g.,* The '941 File History - 2/5/2002 Amendment.<br><br>*See, e.g.,* The '941 File History - 2/20/2002 Notice of Allowance.<br><br>*See, e.g.,* The '941 3/9/2010 Re-examination Notice.<br><br>Extrinsic Evidence<br><br>"**verify** *vb*. To confirm either that a result is correct or that a procedure or sequence of operations has been performed." The Microsoft Dictionary (1998), p 363.<br><br>Extrinsic Evidence<br><br>*See* Note 2. |
| **"establishing a licensed-software-program in the volatile memory of the computer"**<br><br>Claim 6 | This phrase is indefinite under 35 U.S.C. § 112, ¶ 2. | determining whether a program to be verified has been loaded into the volatile memory of the computer |

# EXHIBIT A
## Ancora Technologies, Inc. v. Apple Inc.
### Case No. 2:10-cv-10045-AG-MLGx
### Joint Claim Construction Chart

| Claim Term/Phrase | Apple's Proposed Construction | Ancora's Proposed Construction |
|---|---|---|
| | Intrinsic Evidence<br><br>'941 Patent claim 1.<br><br>Extrinsic Evidence<br><br>*See* Note 1. | Intrinsic Evidence<br><br>*See, e.g.* The '941 Patent – Figure 2; Col. 1, Line 591 to Col. 2, Line 9; Col. 3, Lines 33-41; Col. 3 Line 51 to Col. 4, Line 5; Col. 4, Lines 25-44; Col. 6, Lines 7-28.<br><br>*See, e.g.,* The '941 File History - 5/21/2001 Amendment.<br><br>*See, e.g.,* The '941 File History - 2/5/2002 Amendment.<br><br>*See, e.g.,* The '941 File History - 2/20/2002 Notice of Allowance.<br><br>Extrinsic Evidence<br><br>*See* Note 3. |
| **"wherein establishing a license-record includes the steps of"**<br><br>Claim 8 | This phrase is indefinite under 35 U.S.C. § 112, ¶ 2. | wherein establishing a license-record includes the steps of |

**EXHIBIT A**
**Ancora Technologies, Inc. v. Apple Inc.**
**Case No. 2:10-cv-10045-AG-MLGx**
**Joint Claim Construction Chart**

| Claim Term/Phrase | Apple's Proposed Construction | Ancora's Proposed Construction |
|---|---|---|
|  | Intrinsic Evidence<br><br>'941 Patent claim 1, 6, 7, 8.<br><br>Extrinsic Evidence<br><br>*See* Note 1. | Intrinsic Evidence<br><br>*See, e.g.* The '941 Patent – Claims 1, 6 and 8; Column 1, line 59 to Column 2, Line 9; Column 3, Lines 33-41; Column 4, Lines 25-44; Column 6, Lines 22-28.<br><br>Extrinsic Evidence<br><br>*See* Note 3. |
| **"first non-volatile memory area" / "first non-volatile memory area of the computer"**<br><br>Claim 7 / Claim 13 | This term is indefinite under 35 U.S.C. § 112, ¶ 2.<br><br><br>Intrinsic Evidence<br><br>'941 Patent claims 1, 7, 13.<br><br>Extrinsic Evidence<br><br>*See* Note 1. | a first location of the non-volatile memory of a computer<br><br><br><br>Intrinsic Evidence<br><br>*See, e.g.* The '941 Patent – Figure 1; Abstract; Col. 1, Line 38 to Col. 2, Line 26; Col. 2, Line 62 to Col. 3, Line 41; Col. 3, Line 62 to Col. 4 Line 62; Col. 5, Lines 9-16; Col. 5, Lines 19-33; Col. 6, Lines 7-52.<br><br>*See, e.g.*, The '941 File History - 5/21/2001 Amendment.<br><br>*See, e.g.*, The '941 File History - 2/5/2002 Amendment.<br><br>*See, e.g.*, The '941 File History - 2/20/2002 Notice of Allowance. |

**EXHIBIT A**
**Ancora Technologies, Inc. v. Apple Inc.**
**Case No. 2:10-cv-10045-AG-MLGx**
**Joint Claim Construction Chart**

| Claim Term/Phrase | Apple's Proposed Construction | Ancora's Proposed Construction |
|---|---|---|
| | | Extrinsic Evidence<br><br>"**nonvolatile memory** *n.* A storage system that does not lose data when power is removed from it. Intended to refer to core memory, ROM, EPROM, flash memory[.]" The Microsoft Computer Dictionary (1998), p 246.<br><br>"A memory device is said to be volatile if its contents are lost when the power is switched off and non-volatile if it retains its contents." Microelectronics: Structure and Operation of Microprocessor-based Systems (1996), p 30<br><br>"**nonvolatile memory**. A memory in which the data content is retained when power is no longer supplied to it." The New IEEE Standard Dictionary of Electrical and Electronics Terms, Fifth Edition (1993), p 860.<br><br>*See* Note 3. |
| **"extracting the license record"**<br><br>Claim 15 | This phrase is indefinite under 35 U.S.C. § 112, ¶ 2. | obtaining the licensed record |

**EXHIBIT A**
**Ancora Technologies, Inc. v. Apple Inc.**
**Case No. 2:10-cv-10045-AG-MLGx**
**Joint Claim Construction Chart**

| Claim Term/Phrase | Apple's Proposed Construction | Ancora's Proposed Construction |
|---|---|---|
| | Intrinsic Evidence<br><br>'941 Patent claims 1, 13, 14.<br><br>Extrinsic Evidence<br><br>*See* Note 1. | Intrinsic Evidence<br><br>*See, e.g.* The '941 Patent – Figure 1; Column 3, Lines 33-41; Column 5, Lines 39-42.<br><br>*See, e.g.,* The '941 File History - 5/21/2001 Amendment.<br><br>*See, e.g.,* The '941 File History - 2/5/2002 Amendment.<br><br>*See, e.g.,* The '941 File History - 2/20/2002 Notice of Allowance.<br><br>Extrinsic Evidence<br><br>*See* Note 3. |
| **"the erasable second non-volatile memory area of the BIOS"**<br><br>Claim 16 | This term is indefinite under 35 U.S.C. § 112, ¶ 2.<br><br><br><br>Intrinsic Evidence<br><br>'941 Patent claims 1, 13.<br><br>Extrinsic Evidence<br><br>*See* Note 1. | a second location of the BIOS, in which data may be electronically added, replaced, modified, or removed and in which such data is maintained when the power is removed<br><br>Intrinsic Evidence<br><br>*See, e.g.,* The '941 Patent – Figure 1; Abstract; Col. 1, Line 38 to Col. 2, Line 26; Col. 2, Line 62 to Col. 3, Line 41; Col. 3, Line 62 to Col. 4 Line 62; Col. 5, Lines 9-16; Col. 5, Lines 19-33; Col. 6, Lines 7-52.<br><br>*See, e.g.,* The '941 File History - 5/21/2001 |

**EXHIBIT A**
**Ancora Technologies, Inc. v. Apple Inc.**
**Case No. 2:10-cv-10045-AG-MLGx**
**Joint Claim Construction Chart**

| Claim Term/Phrase | Apple's Proposed Construction | Ancora's Proposed Construction |
|---|---|---|
| | | Amendment.<br><br>*See, e.g.*, The '941 File History - 6/21/2001 Office Action.<br><br>*See, e.g.*, The '941 File History - 2/5/2002 Amendment.<br><br>*See, e.g.*, The '941 File History - 2/20/2002 Notice of Allowance.<br><br>Extrinsic Evidence<br><br>"**nonvolatile memory** *n.* A storage system that does not lose data when power is removed from it. Intended to refer to core memory, ROM, EPROM, flash memory[.]" The Microsoft Computer Dictionary (1998), p 246.<br><br>"A memory device is said to be volatile if its contents are lost when the power is switched off and non-volatile if it retains its contents." Microelectronics: Structure and Operation of Microprocessor-based Systems (1996), p 30<br><br>*See* Note 3. |
| | **All Asserted Claims**<br><br>The steps in each asserted claim must be performed | **All Claims**<br><br>Unless the steps of a method actually recite an order, the claim is not limited to performance of the |

**EXHIBIT A**
**Ancora Technologies, Inc. v. Apple Inc.**
**Case No. 2:10-cv-10045-AG-MLGx**
**Joint Claim Construction Chart**

| Claim Term/Phrase | Apple's Proposed Construction | Ancora's Proposed Construction |
|---|---|---|
| | in the order recited.<br><br>Intrinsic Evidence<br><br>'941 Patent Specification at 5:3-5, 5:44-65, 6:4-52, Fig. 2.<br><br>Extrinsic Evidence<br><br>*See* Note 1. | steps in the order recited.<br><br>Intrinsic Evidence<br><br>*See, e.g.* The '941 Patent - Claims 1-3, 5-15; Column 5, Lines 3-5; Figure 2; Column 6, Lines 4-6; Column 6, Lines 53-56; Column 5, Lines 44-49.<br><br>*See, e.g.*, Israeli Patent Application IL124571.<br><br>*See, e.g.*, The '941 File History - 5/21/2001 Amendment.<br><br>*See, e.g.*, The '941 File History - 2/5/2002 Amendment.<br><br>*See, e.g.*, The '941 File History - 2/20/2002 Notice of Allowance.<br><br>Extrinsic Evidence<br><br>*See* Note 2. |

---

[i] Note 1 – Apple may rely upon additional evidence, including, but not limited to, the specification and claims of the '941 patent, as well as any additional evidence identified by the parties in this case, in claim construction briefing and at the claim construction hearing. Apple may also rely upon claim construction briefing from *Ancora Technologies Inc. v. Toshiba America Info. Sys., Inc. et al.*, Case No. 8:08-cv-00626-AG-MLG (C.D. Cal.). Apple may further rely upon any evidence identified by Ancora in this Joint Claim Construction Chart. Apple may also offer testimony and a declaration from Dr. John Kelly in support of its proposed constructions. Dr. Kelly may provide additional background and context regarding the technology at issue, including the level of ordinary skill in the art, in an effort to assist the Court in understanding the technology in dispute from the perspective of one of ordinary skill in the art at the relevant time. Dr. Kelly may also opine regarding the meaning of terms and phrases in the asserted claims, including an explanation of how Apple's proposed constructions are

**EXHIBIT A**
**Ancora Technologies, Inc. v. Apple Inc.**
**Case No. 2:10-cv-10045-AG-MLGx**
**Joint Claim Construction Chart**

---

supported by intrinsic evidence, extrinsic evidence, and/or the education and experience of a person of ordinary skill in the art relevant to the patent-in-suit. Dr. Kelly may further respond to Ancora's proposed constructions and supporting evidence.

[ii] Note 2 - Ancora may offer testimony from Ian Jestice in support of its proposed construction. Mr. Jestice may provide testimony regarding the background on the technology at issue, to explain how the claimed invention works, to assist the court's understanding of the technical aspects of the patent is consistent with that of a person of skill in the art, or to establish that a particular term in the patent or the prior art has a particular meaning in the pertinent field. Mr. Jestice may also provide testimony regarding the meaning of terms and phrases used in the asserted claim, including an explanation of how Ancora's proposed constructions are supported by intrinsic evidence, extrinsic evidence, and/or the education and experience of a person of ordinary skill in the art relevant to the patent-in-suit. Mr. Jestice may also provide testimony regarding Apple's proposed constructions and supporting evidence, including testimony explaining how Apple's proposed construction is at odds with the claim construction mandated by the claims themselves, the written description, and/or the prosecution history.

[iii] Note 3 - Ancora may offer testimony from Ian Jestice in support of its proposed construction. Mr. Jestice may testify that this claim term is amenable to construction because a person of ordinary skill in the art at the time of the invention would have understood the scope and meaning of this claim term as it is used in the context of the patent-in- suit. Mr. Jestice may also provide testimony regarding the background on the technology at issue, to explain how the claimed invention works, to assist the court's understanding of the technical aspects of the patent is consistent with that of a person of skill in the art, or to establish that a particular term in the patent or the prior art has a particular meaning in the pertinent field. Mr. Jestice may also provide testimony regarding the meaning of terms and phrases used in the asserted claim, including an explanation of how Ancora's proposed constructions are supported by intrinsic evidence, extrinsic evidence, and/or the education and experience of a person of ordinary skill in the art relevant to the patent-in-suit. Mr. Jestice may also provide testimony regarding Apple's proposed constructions and supporting evidence, including testimony explaining how Apple's proposed construction is at odds with the claim construction mandated by the claims themselves, the written description, and/or the prosecution history.