# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANCORA TECHNOLOGIES, INC.,** <br><br> **PLAINTIFF,** <br><br> vs. <br><br> **APPLE, INC.,** <br><br> **DEFENDANT** <br> _____ <br> **AND RELATED COUNTER-CLAIM** | Case No.: 4:11-cv-06357-YGR <br><br> **TENTATIVE SCHEDULING ORDER FOR PATENT CASE** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

In light of the unexpected rescheduling of the Case Management Conference on March 5, 2012, to March 12, 2012, the Court hereby sets the following tentative dates. If acceptable by all parties, the parties may file a JOINT Stipulation to the proposed dates by no later than Friday, March 9, 2012. Upon receipt, the Court will confirm the dates in a separate order and the continued conference scheduled for March 12, 2012 will be taken off calendar. If a JOINT Stipulation is not filed, the conference will go forward as scheduled. Telephonic appearances for the continued conference will be allowed. To participate telephonically, parties should contact Frances Stone at 510-637-3540 by Friday, March 9, 2012 and provide contact information.

///

///

| Event | Deadline |
|---|---|
| **(1)** Party claiming infringement must serve:<br>• Disclosures of Asserted Claims and Infringement Contentions (Patent L.R. 3-1)<br>• Document Production Accompanying Disclosures (Patent L.R. 3-2) | September 14, 2011 Completed |
| **(2)** Last date to seek leave to add any new parties or pleading amendments | March 23, 2012 |
| **(3)** Party opposing claim of infringement must serve:<br>• Invalidity Contentions (Patent L.R. 3-3)<br>• Document Production Accompanying Invalidity Contentions (Patent L.R. 3-4) | October 28, 2011 Completed |
| **(4)** Exchange of Proposed Terms for Construction (Patent L.R. 4-1) | November 1, 2011 Completed |
| **(5)** Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | November 22, 2011 Completed |
| **(6)** Parties must complete and file Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | March 23, 2012 |
| **(7)** Parties must complete all Claim Construction Discovery (Patent L.R. 4-4) | April 23, 2012 |
| **(8)** Opening Claim Construction Brief and any supporting evidence due (Patent L.R. 4-5(a)) | May 8, 2012 |
| **(9)** Responsive Claim Construction Brief and any supporting evidence due (Patent L.R. 4-5(b)) | May 22, 2012 |

| | |
|---|---|
| **(10)** Reply Claim Construction Brief and any evidence directly rebutting the supporting evidence contained in Response (Patent L.R. 4-5(c)) | May 29, 2012 |
| Tutorial | June 6, 2012 |
| Claim Construction hearing (Patent L.R. 4-6) | June 15, 2012 at 10:00 am |

The parties must comply with both the Court's Standing Order re: Patent Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

The parties are REFERRED to private mediation. The parties shall provide the Court with the name of an agreed-upon mediator by March 20, 2012 by filing a JOINT Notice. A compliance hearing regarding shall be held on Friday, March 23, 2012 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated. By March 20, 2012, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED.**

Dated: March 6, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

3