[SEE SIGNATURE PAGE FOR COUNSEL]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC. | Case No. 4:11-cv-06357-YGR |
| Plaintiff, | **JOINT PROPOSED BRIEFING SCHEDULE & [PROPOSED] ORDER** |
| v. | |
| APPLE, INC., | HONORABLE YVONNE GONZALEZ ROGERS |
| Defendant. | |
| APPLE, INC. | |
| Counter-claimant, | |
| v. | |
| ANCORA TECHNOLOGIES, INC. | |
| Counter-defendant. | |

JOINT PROPOSED BRIEFING SCHEDULE
& PROPOSED ORDER
Case No. C-11-6357-YGR

Plaintiff and counterdefendant Ancora Technologies, Inc. ("Ancora") and defendant and counterclaimant Apple Inc. ("Apple") jointly submit this proposed briefing schedule:

| Event | The Parties Proposed Deadlines |
|---|---|
| Filing of Joint Claim Construction and Prehearing Statement | March 26, 2012 |
| Completion of Claim Construction Discovery (N.D. Patent L.R. 4-4) | April 25, 2012 |
| Ancora Opening *Markman* Brief Due (N.D. Patent L.R. 4-5(a) & Judge Rogers Standing Order ¶ 9) | May 9, 2012 |
| Apple Opposition *Markman* Brief Due (N.D. Patent L.R. 4-5(b)) | June 5, 2012 |
| Ancora Reply *Markman* Briefs Due (N.D. Patent L.R. 4-5(c)) | June 22, 2012 |
| Technology Tutorial | June 29, 2012 at 2 p.m. |
| Exchange of *Markman* exhibits and visual aids (Judge Rogers Standing Order ¶ 11) | July 10, 2012 |
| *Markman* Hearing (N.D. Patent L.R. 4-6) | July 11, 2012 at 2 p.m. (if no trials on Court calendar for week of July 9, Court will consider moving to July 9 or 10) |

Respectfully submitted,

**BROOKS KUSHMAN P.C.**

By: /s/ Marc Lorelli
Mark A. Cantor
mcantor@brookskushman.com
John S. Le Roy
jleroy@brookskushman.com
Marc Lorelli
mlorelli@brookskushman.com
1000 Town Center, Twenty-Second Floor
Southfield, MI 48075
Tel.: (248) 358-4400 – Fax: (248) 358-3351

*Attorneys for Plaintiff*
*Ancora Technologies, Inc.*

1

JOINT PROPOSED BRIEFING SCHEDULE
& ~~PROPOSED~~ ORDER
Case No. C-11-6357-YGR

1
2  **MORRISON & FOERSTER, LLP**
3  By:   /s/ Bita Rahebi
   Michael A. Jacobs
4  mjacobs@mofo.com
   Richard S.J. Hung
5  rhung@mofo.com
   Francis C. Ho
6  fho@mofo.com
   Eric W. Ow
7  eow@mofo.com
   MORRISON & FOERSTER LLP
8
   425 Market Street
9  San Francisco, CA 94105-2482
   Telephone: (415) 268-7000
10 Facsimile: (415) 268-7522

11 Bita Rahebi
   brahebi@mofo.com
12 MORRISON & FOERSTER LLP
   555 West Fifth Street, Suite 3500
13 Los Angeles, CA 90013-1024
   Telephone: (213) 892-5200
14 Facsimile: (213) 892-5454

15 *Attorneys for Defendant Apple Inc.*
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT PROPOSED BRIEFING SCHEDULE
& ~~PROPOSED~~ ORDER
Case No. C-11-6357-YGR

2

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC. <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No. 4:11-cv-06357-YGR <br><br><br> [~~PROPOSED~~] ORDER |
| APPLE, INC. <br><br> Counter-claimant, <br><br> v. <br><br> ANCORA TECHNOLOGIES, INC. <br><br> Counter-defendant. | |

The above JOINT PROPOSED BRIEFING SCHEDULE is granted and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: March 22, 2012

Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE