MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
FRANCIS C. HO (CA SBN 247426)
fho@mofo.com
ERIC W. OW (CA SBN 252921)
eow@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA  90013-1024
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Defendant and Counterclaim Plaintiff
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. CV 11-06357-YGR<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL APPLE'S LETTER RE MOTION FOR SUMMARY JUDGMENT** |
| APPLE INC.,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>ANCORA TECHNOLOGIES, INC.,<br><br>    Counterclaim Defendant. | |

1    In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62,

2  Apple Inc. ("Apple") submits this motion for an order to seal the confidential, unredacted version

3  of Apple's Letter to the Court Requesting Pre-Filing Conference re Summary Judgment

4  ("Letter").

5    The Letter contains information that is highly confidential as set out in the Declaration of

6  Jacqueline Harlow in Support of Apple's Administrative Motion to File Under Seal ("Harlow

7  Declaration"), filed herewith.  It is Apple's policy not to disclose or describe to third parties its

8  confidential technical, trade secrets, or product development information.  (Harlow Declaration ¶

9  3.)  The Apple-confidential material in the Letter relates to Apple's secure boot process, as

10  detailed in the Harlow Declaration.  (*Id.* ¶ 1-4.)  This information is highly confidential to Apple

11  and could be used by Apple's competitors to Apple's disadvantage if disclosed publicly.  (*Id.*)

12  The relief requested in this motion is necessary and is narrowly tailored to protect confidential

13  information, focusing only on specific portions of the document at issue (*Id.*)

14    Pursuant to Civil Local Rule 79-(c), Apple will lodge with the Clerk redacted and

15  highlighted versions of the Letter.

16

17

18  Dated: February 6, 2013                    MORRISON & FOERSTER LLP

19

20                                           By:   */s/ Bita Rahebi*
                                                   BITA RAHEBI

21                                                 Attorneys for Plaintiff
22                                                 APPLE INC.

23

24

25

26

27

28