# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC. <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. <br><br> APPLE, INC. <br><br> Counterclaimant, <br><br> v. <br><br> ANCORA TECHNOLOGIES, INC. <br><br> Counterdefendant. | Case No. 4:11-cv-06357-YGR <br><br> [PROPOSED] ORDER GRANTING ANCORA TECHNOLOGIES, INC.'S MOTION FOR LEAVE TO FILE RESPONSE TO APPLE'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OUT OF TIME |

The Court, having considered defendant Plaintiff Ancora Technologies, Inc.'s Motion For Leave To File Response To Apple's Motion For Summary Judgment Of Non-Infringement Out Of Time is **GRANTED**.

This Order Terminates Docket Number 116.

**IT IS SO ORDERED.**

Dated: April 17, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**