William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
BROOKS KUSHMAN P.C.
601 S. Figueroa St., Suite 2080
Los Angeles, CA 90017-5726
Tel: (213) 622-3003
Fax: (213) 622-3053

Mark A. Cantor (*Pro Hac Vice*)
mcantor@brookskushman.com
John S. Le Roy (*Pro Hac Vice*)
jleroy@brookskushman.com
Marc Lorelli (*Pro Hac Vice*)
mlorelli@brookskushman.com
John P. Rondini (*Pro Hac Vice*)
jrondini@brookskushman.com
BROOKS KUSHMAN P.C.
1000 Town Center, Twenty-Second Floor
Southfield, MI 48075
Tel.: (248) 358-4400
Fax: (248) 358-3351

*Attorneys for Plaintiff Ancora Technologies, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC.<br><br>    Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>    Defendant.<br><br>APPLE, INC.<br><br>    Counterclaimant,<br><br>v.<br><br>ANCORA TECHNOLOGIES, INC.<br><br>    Counterdefendant. | Case No. 4:11-cv-06357-YGR<br><br>**ANCORA TECHNOLOGIES, INC.'S STATEMENT OF NON-OPPOSITION TO APPLE'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND PRESENTMENT OF A NEW PROPOSED ORDER AGREED TO BY THE PARTIES** |

1   Pursuant to Local Rule 7.3(b), Ancora does not oppose the Court entering summary judgment of non-infringement in favor of Apple and against Ancora in response to Apple's Motion for Summary Judgment of Non-Infringement.

Ancora did object to the form of Order Apple submitted with their motion, as Ancora disagreed with certain of the statements set forth in Apple's Motion for Summary Judgment. After discussion, Apple and Ancora have agreed to the Court's entry of the attached Order Granting Apple's Motion for Summary Judgment of Noninfringement.

Accordingly, based on the agreement of the parties, Ancora requests that the Court enter the attached Order to grant Apple's motion. The parties will submit an agreed form of final judgment in a separate filing.

Dated: April 15, 2013

Respectfully submitted,

BROOKS KUSHMAN P.C.

By: /s/ Mark A. Cantor
Mark A. Cantor (*Pro Hac Vice*)
mcantor@brookskushman.com
John S. LeRoy (*Pro Hac Vice*)
jleroy@brookskushman.com
Marc Lorelli (*Pro Hac Vice*)
mlorelli@brookskushman.com
John P. Rondini (*Pro Hac Vice*)
jrondini@brookskushman.com
1000 Town Center, Twenty-Second Floor
Southfield, MI 48075
Tel: (248) 358-4400 -- Fax: (248) 358-3351

William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
601 S. Figueroa St., Suite 2080
Los Angeles, CA 90017-5726
Tel: (213) 622-3003 -- Fax: (213) 622-3053

*Attorneys for Ancora Technologies, Inc.*

Statement of Non-Opposition to Apple's Motion
for Summary Judgment of Non-Infringement                1
Case No. 4:11-cv-06357-YGR

## **CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on April 17, 2013, I electronically filed the foregoing document with the Clerk of the Court for the Northern District of California using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:. Michael A. Jacobs, Richard S.J. Hung, Eric W. Ow, Francis C. Ho, Bita Rahebi.

I also certify that I have mailed by United States Postal Service the paper to the following non-participants in the ECF System:   NONE.

By: /s/ Mark A. Cantor
Mark A. Cantor (*Pro Hac Vice*)
mcantor@brookskushman.com
John S. LeRoy (*Pro Hac Vice*)
jleroy@brookskushman.com
Marc Lorelli (*Pro Hac Vice*)
mlorelli@brookskushman.com
John P. Rondini (*Pro Hac Vice*)
jrondini@brookskushman.com
1000 Town Center, Twenty-Second Floor
Southfield, MI 48075
Tel: (248) 358-4400 -- Fax: (248) 358-3351

*Attorneys for Ancora Technologies, Inc.*

Statement of Non-Opposition to Apple's Motion
for Summary Judgment of Non-Infringement
Case No. 4:11-cv-06357-YGR

2