1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC., <br>  Plaintiff, <br> v. <br> APPLE INC., <br>  Defendant. | Case No. CV 11-06357-YGR <br><br> **[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT** |
| APPLE INC., <br>  Counterclaim Plaintiff, <br> v. <br> ANCORA TECHNOLOGIES, INC., <br>  Counterclaim Defendant. | |

1  Based on the Court's finding that the term "program" does not include the accused
2  Apple's iOS operating system (or kernel); The Court hereby ORDERS:
3  Defendant's Motion for Summary Judgment for non-infringement of U.S. Patent No.
4  6,411,941 is GRANTED.  Judgment shall be entered against Plaintiff Ancora Technologies, Inc.
5  and for defendant Apple Inc.

**IT IS SO ORDERED.**

Dated: _____     _____
                                    Hon. Yvonne Gonzalez Rogers
                                    United States District Court Judge