UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC.,<br>           Plaintiff,<br><br>v.<br><br>APPLE INC.,<br>           Defendant.<br><br>APPLE INC.,<br>           Counterclaimant,<br><br>v.<br><br>ANCORA TECHNOLOGIES, INC.,<br>           Counter-Defendant. | Case No. 11-CV-06357 YGR<br><br>[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT |

Based on the Court's finding that the term "program" does not include the accused Apple's iOS operating system (or kernel) the Court hereby **GRANTS** Defendant's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 6,411,941 (Dkt. No. 114).[1]

Judgment shall be entered by separate Order against Plaintiff Ancora Technologies, Inc. and for Defendant Apple Inc.

This Order Terminates Docket Number 114.

**IT IS SO ORDERED.**

Dated: April 29, 2013

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

---

[1] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this motion appropriate for decision without oral argument. Accordingly, the Court **VACATES** the motion hearing set for May 7, 2013.