UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case No. CV 11-06357-YGR<br><br>**[PROPOSED] FINAL JUDGMENT** |
| APPLE INC.,<br><br>　　　　Counterclaim Plaintiff,<br><br>v.<br><br>ANCORA TECHNOLOGIES, INC.,<br><br>　　　　Counterclaim Defendant. | |

# FINAL JUDGMENT

Pursuant to the Court's Claim Construction Order construing claim terms of U.S. Patent No. 6,411,941 (the "'941 patent") and finding that the claims of the '941 patent are not invalid for indefiniteness under 35 U.S.C. § 112, ¶ 2 with respect to the terms "volatile memory" and "non-volatile memory," and the Court's Order Granting Apple Inc.'s Motion for Summary Judgment finding that Apple Inc. has not infringed the '941 patent, the Court ENTERS FINAL JUDGMENT of:

(1) non-infringement of the '941 patent and

(2) non-indefiniteness under 35 U.S.C. § 112, ¶ 2 with respect to the terms "volatile memory" and "non-volatile memory."

The Court also DISMISSES without prejudice Apple's defenses and counterclaims, except for those concerning indefiniteness under § 112, ¶ 2 with respect to the terms "volatile memory" and "non-volatile memory," subject to Apple's right to revive those defenses and counterclaims in the event of a remand.

The parties reserve their rights to challenge any constructions of the disputed claim terms of the '941 patent on appeal.

This is a final, appealable judgment.

**IT IS SO ORDERED.**

Dated: April 29, 2013

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge