**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANCORA TECHNOLOGIES, INC.,**<br>              **Plaintiff,**<br><br>v.<br><br>**APPLE INC.,**<br>              **Defendant.**<br><br>*And cross-action* | Case No. 11-CV-06357 YGR<br><br>**ORDER:**<br>**(1) CONTINUING HEARING ON MOTION OF PLAINTIFF ANCORA TECHNOLOGIES, INC., FOR REVIEW OF CLERK'S ORDER ON BILL OF COSTS; AND**<br>**(2) SETTING SUPPLEMENTAL BRIEFING SCHEDULE** |

Plaintiff Ancora Technologies, Inc. has filed its Motion for Review of Clerks' Order on Bill of Costs, currently set for hearing on August 13, 2013.  The Court **CONTINUES** the hearing to **August 20, 2013, at 2:00 p.m.**

Defendant Apple, Inc. shall file a supplemental brief of no more than five (5) pages addressing the effect of the United States Supreme Court's recent decision in *Taniguchi* on the costs it seeks herein and the Northern District precedents relied upon in its opposition.  *Taniguchi v. Kan Pac. Saipan, Ltd.*, __ U.S. __, 132 S. Ct. 1997, 2006 (2012) ("Taxable costs are limited to relatively minor, incidental expenses as is evident from § 1920, which lists such items as clerk fees, court reporter fees, expenses for printing and witnesses, expenses for exemplification and copies, docket fees, and compensation of court-appointed experts.")

Apple shall file its brief no later than **Monday, July 29, 2013.**  Ancora may file a responsive brief of no more than five (5) pages no later than **August 1, 2013.**

**IT IS SO ORDERED**.

Date: July 25, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**