# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

13-1378

**ANCORA TECHNOLOGIES, INC.,**
*Plaintiff-Appellant,*

v.

**APPLE, INC.,**
*Defendant-Cross Appellant.*

Appeal from the United States District Court for the Northern District of California in case no. 11-CV-6357 Judge Yvonne Gonzalez Rogers

## MANDATE

In accordance with the judgment of this Court, entered March 03, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court