# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANCORA TECHNOLOGIES, INC.,**<br>Plaintiff,<br>v.<br>**APPLE, INC.,**<br>Defendant. | Case No. 11-cv-06357-YGR<br><br>**ORDER SETTING COMPLIANCE HEARINGS** |

The Court hereby **SETS** the following Compliance Hearings, each on the Court's **9:01 a.m.** calendar in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1:

1. On **May 22, 2015**, with a joint statement five (5) business days prior: (1) defining the set of accused products at issue in this case, and (2) confirming the parties' agreement made on the record at the May 11, 2015 Case Management Conference regarding a timeline for provision of supplemental disclosures and discovery and the scope thereof.

2. On **December 11, 2015**, with a joint statement five (5) business days prior informing the Court of the parties' chosen mediator and of the scheduled date of the mediation.

3. On **August 5, 2016**, with a joint statement five (5) business days prior indicating the parties have reviewed the Court's standing order on civil trials (Pretrial Setting Instructions) and are in compliance with that order.

As to each of the foregoing compliance hearings, the parties must either file, five (5) business days prior to the hearing: (1) a joint statement addressing the points indicated above; or (2) a one-page joint statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted the joint statement

1 in a timely fashion.  Failure to do so may result in sanctions.

2     **IT IS SO ORDERED.**

3 Dated: May 13, 2015

                                        **YVONNE GONZALEZ ROGERS**
                                      **UNITED STATES DISTRICT COURT JUDGE**