UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANCORA TECHNOLOGIES, INC.,

    Plaintiff,

  v.

APPLE, INC.,

    Defendant.

Case No.  11-cv-06357-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| REFERRED TO PRIVATE MEDIATION TO BE COMPLETED BY: | February 29, 2016 |
| NON-EXPERT DISCOVERY CUTOFF: | December 11, 2015 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: January 20, 2016<br>Rebuttal: February 22, 2016 |
| EXPERT DISCOVERY CUTOFF: | March 31, 2016 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | June 7, 2016 |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, August 5, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | August 12, 2016 |
| PRETRIAL CONFERENCE: | Friday, August 26, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, September 12, 2016 at 8:30 a.m. for 10 days<br>(Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference.

As set forth above, the parties are REFERRED to private mediation. The parties shall provide the Court with the name of an agreed-upon mediator by December 4, 2015 by filing a JOINT Notice. A compliance hearing regarding shall be held on <u>Friday, December 11, 2015</u> on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1. By December 4, 2015, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: May 13, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge