[SEE SIGNATURE PAGE FOR COUNSEL]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC. | Case No. 4:11-cv-06357-YGR |
| Plaintiff, | **SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT** |
| v. | |
| APPLE, INC., | CMC:     May 11, 2015<br>Time:     2 p.m. |
| Defendant. | **HONORABLE YVONNE GONZALEZ ROGERS** |
| APPLE, INC. | Courtroom 1, 4th Floor, Oakland |
| Counter-claimant,<br>v. | |
| ANCORA TECHNOLOGIES, INC. | |
| Counter-defendant. | |

Plaintiff and counterdefendant Ancora Technologies, Inc. ("Ancora"), and defendant and counterclaimant Apple Inc. ("Apple") jointly submit this SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT pursuant to the Court's instruction at the Case Management Conference held May 11, 2015.

*Scope of Ancora's Infringement Claim in this Case*

Ancora and Apple agreed at the compliance hearing that the scope of accused products at issue in this case is as follows: Apple's iPhone, iPad, and iPod products that have run Apple's iOS5 operating system.  If Apple relies on another version of iOS as an alleged non-infringing alternative, Ancora is not precluded from seeking discovery on the relevant aspects of that other iOS, and challenging Apple's contention.

Ancora and Apple reserve all rights and arguments as to whether Ancora may accuse iOS 6, iOS 7, and/or iOS 8 in a subsequent action.

*Supplementation*

As agreed upon by the parties, and ordered by the Court, Apple will supplement its prior production of documents by June 19, 2015 as to (1) financials concerning iOS 5, (2) license agreements, and (3) non-email marketing documents concerning the accused secure boot process in iOS 5.

Dated:  May 15, 2015

Respectfully submitted,

| **BROOKS KUSHMAN P.C.** | **MORRISON & FOERSTER, LLP** |
|---|---|
| By:  /s/ John S. LeRoy           | By:   /s/ Bita Rahebi (with permission) |
| Mark A. Cantor | Michael A. Jacobs |
| mcantor@brookskushman.com | mjacobs@mofo.com |
| John S. Le Roy | Richard S.J. Hung |
| jleroy@brookskushman.com | rhung@mofo.com |
| Marc Lorelli | 425 Market Street |

1

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT
Case No. 4:11-cv-06357-YGR

| | |
|---|---|
| mlorelli@brookskushman.com<br>John P. Rondini<br>jrondini@brookskushman.com<br>Mark A. Jotanovic<br>mjotanovic@brookskushman.com<br>1000 Town Center, 22nd Floor<br>Southfield, MI 48075<br>Tel.: (248) 358-4400<br>Fax: (248) 358-3351<br><br>William E. Thomson, Jr. (SBN 47195)<br>wthomson@brookskushman.com<br>601 S. Figueroa St., Suite 2080<br>Los Angeles, CA 90017-5726<br>Tel: (213) 622-3003<br>Fax: (213) 622-3053<br><br>*Attorneys for Plaintiff*<br>*Ancora Technologies, Inc.* | San Francisco, CA 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>Bita Rahebi<br>brahebi@mofo.com<br>MORRISON & FOERSTER LLP<br>555 West Fifth Street, Suite 3500<br>Los Angeles, CA 90013-1024<br>Telephone: (213) 892-5200<br>Facsimile: (213) 892-5454<br><br>*Attorneys for Defendant Apple Inc.* |

2

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT
Case No. 4:11-cv-06357-YGR

**ATTESTATION OF E-FILED SIGNATURES**

I, John S. LeRoy, am the ECF User whose ID and password are being used to file this Supplemental Joint Case Management Statement. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Bita Rahebi has concurred in this filing.

Dated: May 15, 2015

    /s/ John S. LeRoy
Mark A. Cantor (*Pro Hac Vice*)
mcantor@brookskushman.com
John S. LeRoy (*Pro Hac Vice*)
jleroy@brookskushman.com
Marc Lorelli (*Pro Hac Vice*)
mlorelli@brookskushman.com
John P. Rondini (*Pro Hac Vice*)
jrondini@brookskushman.com
Mark A. Jotanovic (*Pro Hac Vice*)
mjotanovic@brookskushman.com
BROOKS KUSHMAN P.C.
1000 Town Center, Twenty-Second Floor
Southfield, MI 48075
Tel: (248) 358-4400 -- Fax: (248) 358-3351

*Attorneys for Ancora Technologies, Inc.*