UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANCORA TECHNOLOGIES, INC.,

    Plaintiff,

v.

APPLE, INC.,

    Defendant.

Case No. 11-cv-06357-YGR

**AMENDED CASE MANAGEMENT AND PRETRIAL ORDER**

The Court hereby resets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| REFERRED TO PRIVATE MEDIATION TO BE COMPLETED BY: | February 29, 2016 |
| NON-EXPERT DISCOVERY CUTOFF: | December 11, 2015 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: January 20, 2016<br>Rebuttal: February 22, 2016 |
| EXPERT DISCOVERY CUTOFF: | March 31, 2016 |
| DISPOSITIVE MOTIONS[1] / *DAUBERT* MOTIONS TO BE HEARD BY: | June 7, 2016 |
| COMPLIANCE HEARINGS (*SEE* PAGE 2)[2] | Friday, October 30, 2015 at 9:01 a.m.<br>Friday, July 29, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | August 8, 2016 |
| PRETRIAL CONFERENCE: | Monday, August 22, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Tuesday, September 6, 2016 at 8:30 a.m. for 10 days<br>(Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.
[2] The compliance hearing set for December 11, 2015 at Docket Number 165 is **VACATED**.

and confer at least twenty-one (21) days in advance of the Pretrial Conference. The July 29, 2016 compliance hearing is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. Five (5) business days in advance of the July 29, 2016 compliance hearing, the parties shall submit a joint statement indicating the same.

Five (5) business days in advance of the October 30, 2015 compliance hearing, the parties shall submit a joint statement addressing the following:

1. The Court is considering limiting the number of asserted claims to 7 and the number of prior art references to 21. The parties shall meet and confer and provide the Court with their respective positions regarding the appropriate number of limitations and timing regarding the same.
2. The parties shall provide the Court with the name of their agreed-upon mediator.
3. The parties shall provide the Court with their perspectives on whether the final judgment entered at Docket Number 122 was vacated by operation of law due to the Federal Circuit's reversal of the Court's construction of "program," or whether plaintiff must move for relief from the judgment in light of that ruling.

The compliance hearings shall both be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the compliance hearings, the parties shall submit the joint statements discussed above or a joint statement explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with the Court's Standing Orders in Civil Cases, for Patent Cases, and for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: Qevqdgt"4, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge