# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANCORA TECHNOLOGIES, INC.**, <br> Plaintiff, <br> v. <br> **APPLE INC.**, <br> Defendant. | Case No. 11-cv-06357-YGR <br><br> Case No. 15-cv-03659-YGR <br><br> **ORDER STAYING CASES AND SETTING COMPLIANCE HEARING** |

The Court understands, based upon the representations of the parties, that the above-captioned related cases have settled. Accordingly, the Court **GRANTS** the parties' stipulated requests and **STAYS** the above-captioned cases through **May 6, 2016**.

A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, May 6, 2016**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (1) a stipulation of dismissal; or (2) a one-page joint statement setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Failure to comply may result in sanctions.

This Order terminates Docket Number 203 in Case Number 11-cv-6357 and Docket Number 53 in Case Number 15-cv-3659.

**IT IS SO ORDERED.**

Dated: April 14, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**